# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>CAYER, DAVID S. | 2. Court or Organization<br><br>DISTRICT COURT - WDNC | 3. Date of Report<br><br>08/01/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>MAGISTRATE JUDGE (FT) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |

| 7. Chambers or Office Address<br><br>RM. 168<br>401 W. TRADE ST.<br>CHARLOTTE, NC 28202 |
|---|
| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2018 | N.C. CONSOLIDATED JUDICIAL RETIRMENT SYSTEM, NO CONTROL |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2018 | CONSOLIDATED JUDICIAL RETIREMENT SYSTEM OF N.C. - RETIREMENT | $68,200.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | LIBERTY UNIVERSITY | SEPTEMBER 21-23, 2018 | LYNCHBURG, VA | MOOT COURT | ROOM, BOARD, AND GAME TICKET |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAYER, DAVID S. | 08/01/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAYER, DAVID S. | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ETR:FME | A | Dividend | K | T | | | | | |
| 2. NYSE:VZ | B | Dividend | K | T | | | | | |
| 3. NYSE:SEE | A | Dividend | J | T | | | | | |
| 4. | | | | | | | | | |
| 5. FIFTH THIRD - Savings | A | Interest | J | T | | | | | |
| 6. TRUST #1 (H) | | | | | | | | | |
| 7. -WELLS FARGO DEPOST ACCT | A | Interest | K | T | | | | | |
| 8. -JP MORGAN HIGH YEILD FUND | A | Dividend | J | T | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. -NUVEEN HIGH YIELD MUNI BOND | A | Dividend | J | T | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. -NUVEEN LIMITED TERM MUNICIPAL BOND FUND | A | Dividend | J | T | Sold (part) | 01/26/18 | J | | |
| 15. | | | | | | Sold (part) | 04/20/18 | J | | |
| 16. | | | | | | Sold (part) | 08/03/18 | J | | |
| 17. | | | | | | Sold (part) | 09/26/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAYER, DAVID S. | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | | | | | |
| 19. | | | | | | | | | |
| 20. -NUVEEN NC MUNI BOND | A | Dividend | J | T | Sold (part) | 01/26/18 | J | | |
| 21. | | | | | Sold (part) | 04/20/18 | J | | |
| 22. | | | | | Sold (part) | 09/26/18 | J | | |
| 23. | | | | | | | | | |
| 24. -T ROWE PRICE INST. FLOAT | A | Dividend | J | T | Buy (add'l) | 01/29/18 | J | | |
| 25. | | | | | | | | | |
| 26. | | | | | | | | | |
| 27. -FIDELITY ADVISORS EMERGING MARKETS - FIDELITY NEW MARKETS INCOME FUND | A | Dividend | K | T | Buy (add'l) | 01/29/18 | J | | |
| 28. | | | | | Buy (add'l) | 08/03/18 | J | | |
| 29. | | | | | Buy (add'l) | 09/26/18 | J | | |
| 30. | | | | | Sold (part) | 04/20/18 | J | | |
| 31. | | | | | | | | | |
| 32. | | | | | | | | | |
| 33. TCW EMRG MKTS INCM-I 4721 | A | Dividend | J | T | Buy | 07/13/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAYER, DAVID S. | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. | | | | | Buy | 09/26/18 | J | | |
| 35. | | | | | | | | | |
| 36. -AMERICAN CENTURY SMALL CAP GROWTH | A | Dividend | J | T | Buy (add'l) | 01/29/18 | J | | |
| 37. | | | | | Sold (part) | 04/20/18 | J | A | |
| 38. | | | | | Sold (part) | 08/03/18 | J | A | |
| 39. | | | | | | | | | |
| 40. -ARTISAN MID CAP FUND CLASS INS. | A | Dividend | J | T | Buy (add'l) | 01/29/18 | J | | |
| 41. | | | | | Sold (part) | 04/20/18 | J | | |
| 42. | | | | | Sold (part) | 08/03/18 | J | A | |
| 43. | | | | | Sold (part) | 09/26/18 | J | A | |
| 44. | | | | | Sold (part) | 12/19/18 | J | | |
| 45. | | | | | | | | | |
| 46. | | | | | | | | | |
| 47. -HARBOR CAPITAL APPRECIATION FUND | A | Dividend | K | T | Buy (add'l) | 01/29/18 | J | | |
| 48. | | | | | Sold (part) | 04/20/18 | J | A | |
| 49. | | | | | Sold (part) | 08/03/18 | J | A | |
| 50. | | | | | Sold (part) | 09/26/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAYER, DAVID S. | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. | | | | | | | | | |
| 52. ISHARES CORE S&P 500ETF | A | Dividend | J | T | Buy | 11/19/18 | J | | |
| 53. | | | | | | | | | |
| 54. ISHARES S&P MID-CAP 400 GROWTH | A | Dividend | J | T | Buy | 12/20/18 | J | | |
| 55. | | | | | | | | | |
| 56. -JP MORGAN MID CAP VALUE FUND-CLASS L | A | Dividend | J | T | Sold (part) | 08/03/18 | J | A | |
| 57. | | | | | Sold (part) | 09/26/18 | J | A | |
| 58. | | | | | | | | | |
| 59. | | | | | | | | | |
| 60. -MFS VALUE FUND-CLASS I | A | Dividend | K | T | Buy (add'l) | 04/23/18 | J | | |
| 61. | | | | | Sold (part) | 01/26/18 | J | A | |
| 62. | | | | | Sold (part) | 08/03/18 | J | A | |
| 63. | | | | | Sold (part) | 09/26/18 | J | A | |
| 64. | | | | | | | | | |
| 65. | | | | | | | | | |
| 66. STRATTON SM-CAP VALUE FD N/K/A STERLING CAPITAL STRATTON SM-CP | A | Dividend | J | T | Buy (add'l) | 01/29/18 | J | | |
| 67. | | | | | Buy (add'l) | 09/26/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAYER, DAVID S. | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. | | | | | Sold (part) | 08/03/18 | J | | |
| 69. | | | | | | | | | |
| 70. | | | | | | | | | |
| 71. -DODGE & COX INT'L STOCK | A | Dividend | J | T | Buy (add'l) | 08/03/18 | J | | |
| 72. | | | | | Buy (add'l) | 09/26/18 | J | | |
| 73. | | | | | Sold (part) | 01/26/18 | J | A | |
| 74. | | | | | | | | | |
| 75. | | | | | | | | | |
| 76. ISHARES CORE MSCI EMERGING MARKETS ETF | A | Dividend | J | T | Buy | 09/27/18 | J | | |
| 77. | | | | | | | | | |
| 78. | | | | | | | | | |
| 79. -OPPENHEIMER DEVELOPING MKT | A | Dividend | J | T | Buy (add'l) | 08/03/18 | J | | |
| 80. | | | | | Buy (add'l) | 09/26/18 | J | | |
| 81. | | | | | Sold (part) | 01/26/18 | J | A | |
| 82. | | | | | | | | | |
| 83. -T ROWE PR OVERSEAS STOCK-I #521 | A | Dividend | J | T | Buy (add'l) | 09/26/18 | J | | |
| 84. | | | | | Sold (part) | 04/20/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAYER, DAVID S. | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. | | | | | | | | | |
| 86. | | | | | | | | | |
| 87. -AQR MANAGED FUTURES STRATEGY FUND | A | Dividend | J | T | Buy (add'l) | 08/03/18 | J | | |
| 88. | | | | | Sold (part) | 01/26/18 | J | | |
| 89. | | | | | Sold (part) | 12/19/18 | J | | |
| 90. | | | | | | | | | |
| 91. -ASG GLOBAL ALTERNATIVES FUND CLASS | A | Dividend | J | T | | | | | |
| 92. | | | | | | | | | |
| 93. | | | | | | | | | |
| 94. ASG MANAGED FUTURES STRATEGY FUND | | None | J | T | Buy | 12/19/18 | J | | |
| 95. | | | | | | | | | |
| 96. | | | | | | | | | |
| 97. -BLACKROCK GLOBAL LONG/SHORT CREDIT FUND | A | Dividend | J | T | Buy (add'l) | 01/29/18 | J | | |
| 98. | | | | | Sold (part) | 04/20/18 | J | | |
| 99. | | | | | Sold (part) | 09/26/18 | J | | |
| 100. | | | | | | | | | |
| 101. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAYER, DAVID S. | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. -EATON VANCE GLOBAL MARCO ABSOLUTE RETURN FUND #208 | A | Dividend | J | T | Buy (add'l) | 01/29/18 | J | | |
| 103. | | | | | Buy (add'l) | 09/26/18 | J | | |
| 104. | | | | | Sold (part) | 04/20/18 | J | | |
| 105. | | | | | Sold (part) | 12/19/18 | J | | |
| 106. | | | | | | | | | |
| 107. | | | | | | | | | |
| 108. EATON VANCE GLOBAL MARCO ABSOLUTE FUND#0088 | A | Dividend | J | T | Buy | 12/19/18 | J | | |
| 109. | | | | | | | | | |
| 110. | | | | | | | | | |
| 111. -JOHN HANCOCK FUND II-ABSOLUTE RETURN | A | Dividend | J | T | Buy (add'l) | 01/29/18 | J | | |
| 112. | | | | | Buy (add'l) | 08/03/18 | J | | |
| 113. | | | | | Sold (part) | 04/20/18 | J | | |
| 114. | | | | | | | | | |
| 115. | | | | | | | | | |
| 116. -NEUBERGER BERMAN LONG SH-INS | A | Dividend | J | T | Sold (part) | 01/26/18 | J | A | |
| 117. | | | | | Sold (part) | 04/20/18 | J | A | |
| 118. | | | | | Sold (part) | 08/03/18 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAYER, DAVID S. | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. | | | | | Sold (part) | 09/26/18 | J | A | |
| 120. | | | | | | | | | |
| 121. | | | | | | | | | |
| 122. | | | | | | | | | |
| 123. INVESCO BALANCED RISK COMMODITY STRATEGY FUND CLASS Y #8611 | A | Dividend | J | T | Buy | 09/26/18 | J | | |
| 124. | | | | | | | | | |
| 125. | | | | | | | | | |
| 126. | | | | | | | | | |
| 127. -SPDR DJ WILSHIRE INTERNATIONAL REAL ESTATE | A | Dividend | J | T | Buy (add'l) | 09/27/18 | J | | |
| 128. | | | | | Sold (part) | 01/29/18 | J | A | |
| 129. | | | | | Sold (part) | 04/23/18 | J | A | |
| 130. | | | | | Sold (part) | 07/13/18 | J | A | |
| 131. | | | | | Sold (part) | 11/19/18 | J | A | |
| 132. | | | | | | | | | |
| 133. | | | | | | | | | |
| 134. -T ROWE PRICE REAL ESTATE FUND | A | Dividend | J | T | Buy (add'l) | 01/29/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAYER, DAVID S. | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 135. | | | | | Sold (part) | 07/12/18 | J | | |
| 136. | | | | | Sold (part) | 11/16/18 | J | | |
| 137. | | | | | | | | | |
| 138. | | | | | | | | | |
| 139. | | | | | | | | | |
| 140. -VANGUARD REIT VIPER | | | | | Buy (add'l) | 01/29/18 | J | | |
| 141. | | | | | Sold | 07/13/18 | J | B | |
| 142. | | | | | | | | | |
| 143. IRA #1 (H) | | | | | | | | | |
| 144. -AMER BALANCED FD | A | Dividend | K | T | | | | | |
| 145. -INVESTMENT CO. AMERICA | A | Dividend | K | T | | | | | |
| 146. | | | | | | | | | |
| 147. NYSE:XOM | A | Dividend | J | T | | | | | |
| 148. | | | | | | | | | |
| 149. WELLS FARGO - Savings | A | Int./Div. | J | T | | | | | |
| 150. | | | | | | | | | |
| 151. NYSE: GCP | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAYER, DAVID S. | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 152. | | | | | | | | | |
| 153. NYSE:GRA | A | Dividend | K | T | | | | | |
| 154. | | | | | | | | | |
| 155. 401(k) #1 (H) | | | | | | | | | |
| 156. -NC STABLE VALUE FUND | A | Int./Div. | J | T | | | | | |
| 157. | | | | | | | | | |
| 158. ROTH IRA #1 (H) | | | | | | | | | |
| 159. -DEPOSIT ACOUNT - CASH - TD Ameritrade | A | Int./Div. | J | T | | | | | |
| 160. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAYER, DAVID S. | 08/01/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ DAVID S. CAYER

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544